UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN T. SMITH,

    Plaintiff,

vs.                                             CASE NO. 04-CV-72941-DT
                                                   HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

**ORDER AWARDING ATTORNEY FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT**

This matter is before the Court on Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA"). Plaintiff requests that he be awarded attorney fees of $3,918.75 and expenses of $240.31, for an aggregate amount of $4,159.06. Defendant has filed a response in which it states that it has no objection to an award of attorney fees and expenses in the aggregate amount of $4,159.06.

After a thorough review of the court file and the respective parties' filings regarding the award of fees pursuant to the EAJA, including the documentation in support of Plaintiff's request, the Court concurs that an award of $4,159.06 pursuant to the EAJA is appropriate in this case. Accordingly, the Court hereby GRANTS Plaintiff's Application for Attorney Fees under the EAJA and awards Plaintiff the aggregate sum of $4,159.06.

IT IS SO ORDERED.

                                                                            s/Lawrence P. Zatkoff
                                                                            LAWRENCE P. ZATKOFF
                                                                            UNITED STATES DISTRICT JUDGE

Dated:  December 19, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 19, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290